UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYRON SHAKIR, | No. 2:24-cv-0741 DAD CKD P |
| Plaintiff, | |
| v. | |
| N. ALBONICO, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On September 12, 2024, plaintiff's complaint was dismissed with leave to amend. In that order, plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. The amended complaint was due on December 2, 2024, but plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

1

time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shak0741.fta(2)

2