UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYRON SHAKIR,<br><br>       Plaintiff,<br><br>   v.<br><br>N. ALBONICO, et al.,<br><br>       Defendants. | No. 2:24-cv-00741-DAD-CKD (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 11) |

Plaintiff Kyron Shakir is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action. (Doc. No. 11.) Specifically, plaintiff has failed to comply with the court's order dated October 31, 2024, in which the court granted plaintiff's request for an extension of time to file a first amended complaint and ordered plaintiff to file his first amended complaint by no later than December 2, 2024. (Doc. No. 10 at 2; *see also* Doc. No. 11 at 1.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within

1

fourteen (14) days after service. (Doc. No. 11 at 1.) To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 17, 2024 (Doc. No. 11) are adopted in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2